AO 442 (Rev. 11/11) Arrest Warrant

FILED
Charlotte
Oct 31 2024
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT

## for the

### Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL
8:48 am, Oct 30 2024
WESTERN NORTH CAROLINA
CHARLOTTE

|  |  |
|---|---|
| United States of America<br>v.<br><br><br><br><br>WALTER ADONAI RIVERA CHINCHILLA<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:24-mj-338 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     WALTER ADONAI RIVERA CHINCHILLA                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☒ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §922(a)(1)(A) – Engaging in the Business of Firearms without a License

Date: 10/29/2024
3:30 PM

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge

*Issuing officer's signature*

City and state:     Asheville, North Carolina                              Honorable W. Carleton Metcalf, United States Magistrate Judge
                                                                                        *Printed name and title*

### Return

This warrant was received on *(date)* 10/29/24 , and the person was arrested on *(date)* 10/30/24
at *(city and state)* Charlotte, NC                    .

Date: 10/31/24

*Cartt Mcdoot*
*Arresting officer's signature*

Caitlin McGourty, SA
*Printed name and title*