Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET     U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ⦿ NO    **DOCKET NUMBER:** 3:24-CR-238

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs WALTER ADONAI RIVERA CHINCHILLA, et al

**COUNTY OF OFFENSE** : MECKLENBURG

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* : 3:24-mj-338; 3:25-mj-100

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : IN CUSTODY

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight)*: ◯ Petty ◯ Misdemeanor ⦿ Felony

18 U.S.C. § 933(a)(1); 18 U.S.C. § 922(a)(6); 18 U.S.C. § 922(a)(1)(A)

**JUVENILE:** ◯ Yes ⦿ No

**ASSISTANT U. S. ATTORNEY** : TIMOTHY SIELAFF

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:** FIRST SUPERSEDING BILL OF INDICTMENT

(Maintain form in the Attorney Work Product folder / purge before archiving.)