# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. WALTER ADONAI RIVERA CHINCHILLA

Case Number: SSBOI

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18-933(a)(1) | 0 | 0-15; $250K; no more than 3yrs SR |
| 2 | 18-922(a)(6) | 0 | 0-15; $250K; no more than 3yrs SR |
| 3 | 18-922(a)(6) | 0 | 0-15; $250K; no more than 3yrs SR |
| 4 | 18-922(a)(1)(A) | 0 | 0-5; $250K; no more than 3yrs SR |
| 5 | 18-371; 18-922(a)(6) | 0 | 0-5; $250K; no more than 3yrs SR |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  ☐ YES  ☐ NO

\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  ☐ YES  ☐ NO

\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  ☐ YES  ☐ NO

\* 18 U.S.C. 924(C) ONLY

IF YES  ☐ BRANDISH

☐ DISCHARGE

# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. (2) FAUSTO ODALIS REYES GUEVARA

Case Number: SSBOI

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 5 | 18-371; 18-922(a)(6) | 0 | 0-5; $250K; no more than 3yrs SR |
| 6 | 18-922(g)(5) | 0 | 0-15; $250K; no more than 3yrs SR |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☐ NO
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☐ NO
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☐ YES ☐ NO
\* 18 U.S.C. 924(C) ONLY

IF YES ☐ BRANDISH

☐ DISCHARGE