FILED
CHARLOTTE, NC
JUN 18 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**(1) WALTER ADONAI RIVERA CHINCHILLA**<br><br>**(2) FAUSTO ODALIS REYES GUEVARA** | DOCKET NO. 3:24-cr-238<br><br>**SECOND SUPSERSEDING BILL OF INDICTMENT**<br><br>Violations: 18 U.S.C. § 933(a)(1)<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 922(g)(5)<br>18 U.S.C. § 371 |

**THE GRAND JURY CHARGES:**

## COUNT ONE
*(Trafficking in Firearms)*

From on or about September 23, 2024, through on or about October 2, 2024, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**(1) WALTER ADONAI RIVERA CHINCHILLA,**

did ship, transport, transfer, cause to be transported, or otherwise dispose of one or more of the following firearms:

1. a Glock, model 19 pistol,
2. a Glock, model 17 pistol, and
3. a Radical Firearms, model RF15, 5.56 caliber firearm,

to other persons, in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of one or more of the firearms by the recipient would constitute a felony as defined in Title 18, United States Code, Section 932(a), in violation of Title 18, United States Code, Section 933(a)(1).

## COUNT TWO
*(False Statement During Purchase of a Firearm)*

On or about September 23, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

### (1) WALTER ADONAI RIVERA CHINCHILLA,

in connection with the acquisition of a firearm, a Glock, model 19, 9mm pistol, from Carolina Sporting Arms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Carolina Sporting Arms, which statement was intended and likely to deceive Carolina Sporting Arms, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact, as the defendant then knew, he was not the actual transferee/buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE
*(False Statement During Purchase of a Firearm)*

On or about October 2, 2024, in Iredell County, within the Western District of North Carolina, the defendant,

### (1) WALTER ADONAI RIVERA CHINCHILLA,

in connection with the acquisition of firearms, a Radical Firearms, model RF15, 5.56 caliber firearm and a Glock, model 17, 9mm pistol from The Aisle Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to The Aisle Pawn Shop, which statement was intended and likely to deceive The Aisle Pawn Shop, as to a fact material to the lawfulness of such sale of one or more of the said firearms to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact, as the defendant then knew, he was not the actual transferee/buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR
*(Dealing in Firearms without a License)*

From in or about March 20, 2024, and continuing through on or about October 31, 2024, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

### (1) WALTER ADONAI RIVERA CHINCHILLA,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT FIVE
*(Conspiracy to Provide False Statement During the Purchase of a Firearm)*

From at least as early as early as October 12, 2024 through October 15, 2024, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendants,

### (1) WALTER ADONAI RIVERA CHINCHILLA and
### (2) FAUSTO ODALIS REYES GUEVARA,

knowingly combined, conspired, confederated, and agreed with each other and with others, known and unknown to the Grand Jury, to knowingly make false statements, in connection with the acquisition of firearms from licensed dealers, that were intended and likely to deceive such dealers, with respect to any fact material to the lawfulness of the sale of such firearms, in violation of Title 18, United States Code, Section 922(a)(6).

### THE WAYS, MANNER, AND MEANS OF THE CONSPIRACY

The purpose of the conspiracy was to evade federal firearms laws governing the sale of a firearm. The ways, manner, and means by which the members of the conspiracy accomplished the conspiracy included the following:

a. It was part of the conspiracy that members of the conspiracy asked other members of the conspiracy to purchase a firearm on their behalf.

b. It was further part of the conspiracy that members of the conspiracy provided U.S. currency to purchase the firearm.

c. It was further part of the conspiracy that members of the conspiracy specified what firearm to purchase.

It was further part of the conspiracy that members of the conspiracy provided false information in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 applications to purchase a firearm.

## OVERT ACTS

In furtherance of this conspiracy, and to affect the objects thereof, at least one of the co-conspirators committed overt acts in the Western District of North Carolina and elsewhere, including, but not limited to, the following:

a. On or about October 12, 2024, GUEVARA sent a message to CHINCHILLA that GUEVARA needed a "17" and a white Beretta for a good price.

b. On or about October 14, 2024, CHINCHILLA entered Guns Too, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code located in Caldwell County, North Carolina.

c. On or about October 14, 2024, CHINCHILLA purchased a Beretta 92FS pistol from Guns Too.

d. When purchasing the firearm from Guns Too on October 14, 2024, CHINCHILLA answered "yes" to the question "Are you the actual transferee/buyer of the firearm(s) listed on this form?" on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473 when in fact CHINCHILLA was purchasing the firearm for GUEVARA.

e. On or about October 14, 2024, CHINCHILLA entered Foothills Jewelry & Loan, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code located in Catawba County, North Carolina.

f. CHINCHILLA purchased a Glock 45 pistol from Foothills Jewelry & Loan.

g. When purchasing the firearm from Foothills Jewelry & Loan on October 14, 2024, CHINCHILLA answered "yes" to the question "Are you the actual transferee/buyer of the firearm(s) listed on this form?" on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473 when in fact CHINCHILLA was purchasing the firearm for GUEVARA.

All in violation of Title 18, United States Code, Section 371.

## COUNT SIX
*(Possession of a Firearm by a Prohibited Person)*

On or about October 15, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**(2) FAUSTO ODALIS REYES GUEVARA,**

knowing that he was unlawfully in the United States, did knowingly possess one or more firearms, that is, a Beretta model 92FS semi-automatic pistol and a Glock, model 45, semi-automatic pistol, in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(5).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:
   a) three Glock model 34 firearms
   b) two Glock model 17L firearms
   c) a Glock model 17 firearm
   d) a Glock model 19 firearm
   e) a watchdog Multi-caliber firearm
   f) a Beretta model M9A3 firearm
   g) two Del-ton 5.56 caliber firearms
   h) a Radical Firearms model RF 15 firearm

A TRUE BILL

_____
FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
TIM SIELAFF
ASSISTANT UNITED STATES ATTORNEY