Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

**U. S. DISTRICT COURT**

**CASE SEALED:** ○ YES  ● NO

**DOCKET NUMBER:** 3:24-CR-238

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** : US vs | WALTER ADONAI RIVERA CHINCHILLA, et al. |
| **COUNTY OF OFFENSE** : | MECKLENBURG |
| **RELATED CASE INFORMATION** : | |
| *Magistrate Judge Case Number* : | 3:24-mj-338 |
| *Search Warrant Case Number* : | |
| *Miscellaneous Case Number* : | |
| *Rule 20b* : | |
| **SERVICE OF PROCESS** : | IN CUSTODY |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight)*:  ○ Petty  ○ Misdemeanor  ● Felony

18 U.S.C. § 933(a)(1)  18 U.S.C. § 922(a)(6)  18 U.S.C. § 922(a)(1)(A)

**JUVENILE:**  ○ Yes  ● No

**ASSISTANT U. S. ATTORNEY** : TIMOTHY SIELAFF

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:** SECOND SUPERSEDING BILL OF INDICTMENT

(Maintain form in the Attorney Work Product folder / purge before archiving)

Case 3:24-cr-00238-KDB-UMJ  Document 34-2  Filed 06/18/25  Page 1 of 1