IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:24-CR-00238

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| WALTER ADONAI RIVERA CHINCHILLA | ) |

## ABANDONMENT AND WAIVER OF CLAIMS AS TO FIREARM

I, Defendant Walter Adonai Rivera Chinchilla, hereby freely and voluntarily agree to surrender, abandon, and relinquish all rights, title, interest in, or claims to the following property:

- **One Watchdog Tactical, model WDT-15, multiple caliber pistol, serial number WDT-0127**
- **One Glock, model 34GEN5, 9mm caliber pistol, serial number CAKX895**
- **One Beretta, model M9A3, 9mm caliber pistol, serial number B023618Z**
- **One Glock, model 34, 9mm caliber pistol, serial number BVVS841**
- **One Glock, model 34GEN5, 9mm caliber pistol, serial number CCLM189**
- **One Glock, model 17L, 9mm caliber pistol, serial number CDCN655**
- **One Glock, model 17LGEN5, 9mm caliber pistol, serial number CDCM495**
- **One Glock, model 45, 9mm caliber pistol, serial number BXCR923**
- **Bushmaster, model XM15-E2S, multi-caliber rifle, serial number BK5104755**
- **Winchester, model 200 Ted Williams Edition, 12-gauge shotgun, serial number 273-2160**
- **Ruger, model 10-22, .22 caliber rifle, serial number 0012-54100;**
- **Armscor/Rock Island Armory, model 1911 A1, .38 caliber pistol, serial number RIA1115781**
- **Romarm/Cugir, model Mini Draco, 7.62 caliber pistol, serial number ROA23PG-9597**

- **Del-ton, model Lima Mlok, 5.56 caliber pistol, serial number B105788**
- **Del-ton, model Lima Mlok, 5.56 caliber pistol, serial number B10597**
- **Ammunition, seized during the investigation (the "FIREARMS").**

I acknowledge that the FIREARMS were lawfully seized and withdraw any claim that I have made with respect to the FIREARMS, and further waive and release any claim that I might have otherwise made to the FIREARMS in the future.

I consent to the destruction or other disposition of the FIREARMS, and waive any right to receive notice or hearing, whether judicial or administrative, that a governmental entity may take, in its sole discretion, to carry out the destruction or other disposition of the FIREARMS.

_____
WALTER ANDONAI RIVERA CHINCHILLA
Defendant